| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| PROB 22 (Rev. 2/88) | 1:12CR10014-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:14-00139-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Victor Spencer | Western District/Tennessee | Eastern Division |
| | NAME OF SENTENCING JUDGE | |
| | J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/02/2014 | TO 04/01/2017 |

OFFENSE

Conspiracy to Manufacture and Attempt to Manufacture Marijuana 21 U.S.C. §§841(a)(1) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Tennessee___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Tennessee___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/18/14
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Tennessee___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/4/14
*Effective Date*

*United States District Judge*